# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| NGOC LAM CHE, | Case No. 17-cv-06097 NC |
|---|---|
| Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL** |
| v. | Re: Dkt. 15 |
| WADE SHORE, et al., | |
| Defendants. | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within 90 days. All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated: May 31, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge